# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CECIL WILLIAM HOWARD,**

   Petitioner,

**CASE NO.   3:08-cv-424**

-vs-

**District Judge Timothy S. Black**
**Magistrate Judge Michael J. Newman**

**WARDEN, Lebanon Correctional Institution,**

   Respondent.

## JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X] **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Respondent's Objections (Doc. 38) are **SUSTAINED**; the Report and Recommendations (Doc. 35) of the United States Magistrate Judge is **NOT ADOPTED** with regard to Ground One of the Petitioner's Amended Petition and is **ADOPTED** with regard to Grounds Two, Three, Four and Five of the Amended Petition; the Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 21) is **DENIED**; a Certificate of Appealability and Leave to Appeal *in forma pauperis* is **GRANTED**; and that the case is **CLOSED**.

Date:  February 7, 2012                            **JAMES BONINI, CLERK**

                                                          By: s/ M. Rogers
                                                          Deputy Clerk